IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03123-PAB-BNB

GORDON HOWARD,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

    Defendant.

___

**NOTICE OF STIPULATION OF BILL OF COSTS**
___

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and the Defendant by their respective undersigned attorneys of record, that the Bill of Costs in this matter consisting of the Court filing fee of $350.00 and the process service fee of $70.00 to serve the Summons and Complaint on the Defendant for the total amount of $420.00 be entered by the Court in the above-entitled action for the Plaintiff and against the Defendant and added to the Judgment entered January 3, 2012.

Respectfully submitted this 3rd day of January, 2012.

| s/ David M. Larson | s/ Joseph J. Lico |
|---|---|
| David M. Larson, Esq. | Joseph J. Lico, Esq. |
| 405 S. Cascade Avenue, Suite 305 | Adam L. Plotkin, PC |
| Colorado Springs, Colorado 80903 | 621 17th St., Suite 1800 |
| Telephone: (719) 473-0006 | Denver, CO 80293 |
| Attorney for the Plaintiff | Telephone: (303) 296-3566 |
|  | Attorney(s) for the Defendant |